JUDGE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR14-5239 BHS |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO FILE INDICTMENT |
| HECTOR ISIDORO-RAMIREZ, ) | |
| Defendant. ) | |

The Court, having considered the Motion To Extend Time To File Indictment Under Speedy Trial Act finds that:

1. Mr. Isidoro-Ramirez is charged by Complaint with one count of Illegal Reentry After Deportation, in Violation of Title 8, United States Code, Section 1326(a). The maximum sentence for this charge is 20 years confinement.

2. Mr. Isidoro-Ramirez made his initial court appearance on June 5, 2014.

3. Counsel is seeking an order continuing the time within which an Indictment must be filed on the grounds that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv). The requested new deadline would be August 30, 2014.

4. The defendant has executed a Waiver of Speedy Indictment waiving rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174 in this regard, and has further agreed that the period from July 5, 2014, until, August 30, 2014, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(A).

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT
(U.S. v. Isidoro-Rmairez, CR14-5239 BHS) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1   In light of the foregoing, IT IS HEREBY ORDERED that the time to file an
2   Indictment be continued to August 30, 2014.  The period of delay resulting from this
3   continuance from July 5, 2014, until August 30, 2014, is hereby excluded for speedy
4   trial purposes under 18 U.S.C. §3161(h)(7).

5   IT IS SO ORDERED this 19th day of June, 2014.

6
7
8
9                                           _____
10                                          BENJAMIN H. SETTLE
                                            United States District Judge
11
12
13  Presented by:
    s/ *Colin Fieman*
14  Colin Fieman
    Attorney for Hector Isidoro-Ramirez
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND TIME TO FILE INDICTMENT
(U.S. v. Isidoro-Rmairez, CR14-5239 BHS) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**